

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 1 2 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,       )   Case No.: CR 13-0024-DOC
                                )
              Plaintiff,        )
                                )
    vs.                         )   ORDER OF DETENTION AFTER HEARING
                                )     [Fed. R. Crim. P. 32.1(a)(6);
                                )      18 U.S.C. § 3143(a)]
Kevin Anthony Gilbert,          )
                                )
              Defendant.        )
_____ )

       The defendant having been arrested pursuant to a warrant issued

by the United States District Court for the Central District of

California for alleged violation(s) of the terms and conditions of

his/her release pending sentencing; and

       The Court having conducted a detention hearing pursuant to

Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

       The Court finds that:

A.    (X)    The defendant has not met his/her burden of establishing by

       clear and convincing evidence that he/she is not likely to flee

       if released under 18 U.S.C. § 3142(b) or (c).  This finding is

       based on _violations of release, dishonesty to Pretrial_

1 concerning mother's health, apparent ongoing drug

2 use.

3 _____

4 and/or

5 B.   (X)   The defendant has not met his/her burden of establishing by

6 clear and convincing evidence that he/she is not likely to pose

7 a danger to the safety of any other person or the community if

8 released under 18 U.S.C. § 3142(b) or (c).  This finding is based

9 on: apparent ongoing drug use, release violations

10 _____

11 _____

12 _____

13

14 IT THEREFORE IS ORDERED that the defendant be detained pending

15 sentencing.

16

17 Dated:   6/12/13                    _____

18                                     JEAN ROSENBLUTH
                                       U.S. MAGISTRATE JUDGE