FILED
CLERK, U.S. DISTRICT COURT

JAN 10 2017

CENTRAL DISTRICT OF CALIFORNIA
BY ___AE___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 13-0024-DOC |
|---|---|
| Plaintiff, | ORDER OF DETENTION |
| v. | [Fed. R. Crim. P. 31.1(a)(6); 18 U.S.C. § 3143(a)(1)] |
| KEVIN ANTHONY GILBERT, | |
| Defendant. | |

I.

On January 10, 2017, Defendant appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued by this Court. Defendant was represented by Marilyn Bednarski, specially appearing for Katherine Corrigan, CJA panel attorney who was appointed to represent Defendant.

The Court has reviewed the Pretrial Services Report and its recommendation of detention, and the allegations in the Violation Petition. The Government has requested that defendant be detained pending a supervised release revocation

hearing based on risk of flight and danger to the community. Defendant has submitted to the recommendation of detention based on information currently available.

## II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that :

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

    ☒ limited background information regarding community ties, residence or employment

    ☒ allegations in the petition and current violation status

    ☒ no known bail resources

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

    ☒ allegations in the petition which include possession of a firearm and placing the firearm with a minor.

    ☒ criminal history.

## III.

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

Dated: January 10, 2017

                                   /s/
                             ALKA SAGAR
                   UNITED STATES MAGISTRATE JUDGE